UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY SIMONEAUX AND DIONNE SIMONEAUX<br>    *Plaintiffs*,<br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON<br>    *Defendants*. | Case No. _____<br><br>Judge _____<br><br>Magistrate Judge _____ |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that, under 28 U.S.C. §§ 1332, 1441 and 1446, and on the grounds set forth in this Notice of Removal, Defendants Certain Underwriters at Lloyd's, London Subscribing to Policy No. VBWH712276 ("Underwriters") remove this civil action, without waiver of any defense that it may have, whether procedural or substantive, from the Civil District Court for the Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana, where it might originally have been brought. In support of their removal of this action, Underwriters represent:

1.

The removing party, Underwriters, are the sole defendants in this civil action, which on September 22, 2022, was commenced in and is now pending in the Civil District Court for the Parish of Orleans, State of Louisiana, bearing No. 2022-08879, on the docket of that court in division "A", section 16, and entitled "*Jerry Simoneaux and Dionne Simoneaux versus Certain Underwriters at Lloyd's London.*" A copy of the Petition and all other pleadings, process and orders served on Underwriters or filed in the action are attached to this notice as Exhibit "A".

2.

Service of the Petition and citation in the state-court action was made on Underwriters on October 18, 2022, by service on the Louisiana Secretary of State. This service was the first receipt by any defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based. Therefore, this Notice of Removal is being timely filed, and the action is being removed to this Court within the 30-day period of 28 U.S.C. § 1446(b).

3.

This action is one over which this Court has original jurisdiction under 28 U.S.C. § 1332, in that it there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000 excluding interests and costs. More specifically, Plaintiffs contend that $121,957.71 in contractual damages are due. Penalties and attorney fees are also demanded.[1]

4.

Specifically, complete diversity of citizenship exists between Plaintiffs, residents of the Parish of Orleans, State of Louisiana, and Defendants Underwriters, who are a syndicates that operate in the Lloyd's of London insurance marketplace with a principal place of business outside of Louisiana.

5.

Plaintiffs, Jerry Simoneaux and Dionne Simoneaux, allege that they are the owners of property located at 199 Lennox Court, New Orleans, Louisiana 70131 (the "Property") that is subject to the dispute at issue herein, and that they were the named insureds under, and/or who paid for, the policy of insurance with Underwriters which was in full force and effect relative to the Property that is subject to the dispute at issue herein.

---

[1] *See* Petition, ¶¶ 14 and 42

6.

Made Defendants herein are Certain Underwriters at Lloyd's, London Subscribing to Policy No. VBWH712276. Chub European Group SE ("Chubb") has 100% participation in the Policy No. VBWH712276. Chubb European Group SE is a foreign insurer incorporated in Paris, France for diversity purposes. Chubb European Group SE is an ultimate 100% subsidiary of Chubb Limited, which is a Swiss entity traded on the New York Stock Exchange. Neither Chubb European Group SE, nor its parent company Chubb Limited, are domiciled in Louisiana.

7.

Plaintiffs' claims against Defendants are alleged to arise out of damages to their Property as a result of Hurricane Ida. Plaintiffs allege that the Property sustained damages falling within the scope of Policy No. VBWH712276. Plaintiffs allege Defendants failed to pay sums that Plaintiffs are owed under the Policy. As a result, Plaintiffs assert claims for breach of an insurance contract and bad faith. *See* Petition, ¶¶ 25-39.

8.

Plaintiffs' claims exceed the jurisdictional threshold of $75,000.00, exclusive of interest and costs, giving rise to federal jurisdiction under 28 U.S.C. § 1332(a). Plaintiffs seek payment of alleged losses under the policy in addition to general damages, special and/or consequential damages, additional repair costs, mental anguish, inconvenience, and professional and/or expert fees . *See* Petition, ¶ 42.

9.

Immediately after filing this Notice of Removal with the clerk of this Court, Underwriters will comply with 28 U.S.C. § 1446(d) by causing a copy of this notice to be filed with the Clerk

of Court of the Civil District Court for the Parish of Orleans, State of Louisiana, and served on all other counsel of record.

10.

Underwriters reserve the right to assert its interest as to any issue or matter, including any issues or matters relating to this action. Underwriters reserve all rights, including defenses, objections, and exceptions, and the filing of this notice of removal is subject to, and without waiver of, any defense, objection, or exception.

**WHEREFORE**, Certain Underwriters at Lloyd's, London Subscribing to Policy No. VBWH712276, pray that the action now pending against it in the Civil District Court for the Parish of Orleans, State of Louisiana be removed to this Court and proceed herein.

Respectfully submitted,

**WOOD, SMITH, HENNING & BERMAN LLP**

*/s/ Lori D. Barker*
Lori D. Barker (La. Bar No. 31687)
1100 Poydras Street, Suite 2900
New Orleans, Louisiana 70163
Phone: (504) 386-9840
Fax:    (504) 386-9841
Email:   LBarker@wshblaw.com

***Counsel for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been served upon all counsel of record as follows, via electronic mail, fax, and/or U.S. Mail, this 17th day of November, 2022.

**IRPINO, AVIN & HAWKINS LAW FIRM**
Anthony D. Irpino
airpino@irpinolaw.com
J. Benjamin Avin
bavin@irpinolaw.com
2216 Magazine Street
New Orleans, Louisiana 70130
Telephone:     (504)-525-1500
Facsimile:     (504)-525-1501

*Counsel for Plaintiffs*

/s/Lori D. Barker